UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARSHIL JAVERI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CMRE FINANCIAL SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-04058-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF Nos. 25, 26 |

Plaintiff has filed a notice of settlement. ECF Nos. 25, 26. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: November 3, 2021



　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　United States District Judge